# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE   :   NO. 487
MAGISTERIAL DISTRICTS WITHIN THE  :
57th JUDICIAL DISTRICT OF THE     :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA  :

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 57th Judicial District (Bedford County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Bedford County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 57-3-01<br>Magisterial District Judge Tonya M. Osman | Harrison Township<br>Hyndman Borough<br>Juniata Township<br>Kimmel Township<br>King Township<br>Lincoln Township<br>Londonderry Township<br>Manns Choice Borough<br>Napier Township<br>New Paris Borough<br>Pavia Township<br>Pleasantville Borough<br>Schellsburg Borough<br>West St. Clair Township |
| Magisterial District 57-3-02<br>Magisterial District Judge Kevin R. Diehl | Bedford Borough<br>Bedford Township<br>Colerain Township |

Cumberland Valley Township
East St. Clair Township
Rainsburg Borough
St. Clairsville Borough

Magisterial District 57-3-03                Bloomfield Township
Magisterial District Judge Brian K. Baker   Broad Top Township
                                            Coaldale Borough
                                            Hopewell Borough
                                            Hopewell Township
                                            Liberty Township
                                            Saxton Borough
                                            South Woodbury Township
                                            Woodbury Borough
                                            Woodbury Township

Magisterial District 57-3-04                East Providence Township
Magisterial District Judge Kathy S. Calhoun Everett Borough
                                            Mann Township
                                            Monroe Township
                                            Snake Spring Township
                                            Southampton Township
                                            West Providence Township